National Polish Alliance of Portage Township
Liquor License Case.

Argued November 13, 1970. *Leonard L. Langan,* Special
Assistant Attorney General, with him *Albert B. Miller,*
Special Assistant Attorney General, *Thomas J. Shan-
non,* Assistant Attorney General, and *Fred Speaker,*
Attorney General, for Pennsylvania Liquor Control
Board, appellant; *Robert J. Cassidy,* for appellee.

Order affirmed.

North Braddock School District Appeal.

Argued November
12, 1970. *Joseph A. Del Sole,* with him *Eugene P. Gir-
man,* for appellant; *Patrick H. Washington,* Deputy
Attorney General, with him *Fred Speaker,* Attorney
General, for appellee.

Order affirmed.

Parsons, Appellant, *v.* Washington County.

Argued No-
vember 12, 1970. *Joseph P. Moschetta,* for appellant;
*John F. Will, Jr.,* for appellee.

Order and judgment affirmed.